E-FILED
Friday, 14 May, 2021  10:47:06 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois



FILED
MAY 14 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Andrew Collins<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>21-mj-3061 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2020__ in the county of __Montgomery__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251<br>18 U.S.C. § 2252<br>18 U.S.C. § 2252A | Production of Child Pornography<br>Distribution of Child Pornography<br>Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

T.S-H
by telephone

s/ Christopher W. Williams
*Complainant's signature*

Christopher Williams
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Tom Schanzle-Haskins

Date: 05/14/2021

City and state: __Springfield, Illinois__

*Judge's signature*

Tom Schanzle-Haskins, U.S. Magistrate Judge
*Printed name and title*



MAY 1 4 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. 21-mj-3061
)
ANDREW COLLINS. )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Christopher Williams, being first duly sworn, hereby depose and state:

1. I am a Senior Special Agent with the United States Secret Service (USSS) and have been since May of 1997. I graduated from Southern Illinois University in Carbondale, Illinois, with a Bachelor's degree in Administration of Justice in December of 1994. I am a graduate of the Federal Law Enforcement Training Center and the United States Secret Service, James J. Rowley Training Center, where I received classroom and practical training in criminal financial investigations and other related investigations. I am a graduate of the USSS Electronic Crimes Special Agent Program (Forensic Examiner) in 2000, where I received basic and advanced classroom and practical training in computer investigations and computer forensics. I have also received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 United States Code, Sections 2256 (8) (A) and (C) in the form of computer media. As part of my daily duties as a Digital Forensics Investigator, I investigate criminal violations relating to child exploitation and child pornography, including

1

violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. Additionally, I have participated in the execution of numerous search warrants that involved child exploitation and/or child pornography offenses. As the supervisory agent of the USSS Southern Illinois Cyber Group (SICG), I have been involved with obtaining and retaining electronic evidence for prosecution in multiple USSS investigations.

2. This affidavit is made in support of a request for an arrest warrant and a criminal complaint charging **Andrew B. Collins (W/M dob: 08/07/1989)**, of 214 S. Main Street, Apartment B, Hillsboro, Illinois, with the production, possession, and distribution of child pornography, in violation of 18 U.S.C §§ 2251, 2252, and 2252A as defined by 18 U.S.C § 2256. Because I am making this affidavit to establish probable cause for the criminal complaint and arrest warrant, I have not included in this affidavit each and every fact known to me about this investigation.

3. On December 2, 2020, Facebook provided CyberTipline Report Number 83280385 to the National Center for Missing and Exploited Children (NCMEC). The Cybertip indicated 18 files of suspected child pornography were uploaded by a Facebook account belonging to **Andrew Collins** with a Facebook Identification number of 100027159287122. The Cybertip noted **Andrew Collins** as the suspect with a verified phone number of 1-217-556-7759, a date of birth of 08-07-1989 (approximate age 31), a verified email address of acollinzkid2@gmail.com, and an estimated location on December 2, 2021 in Hillsboro, Illinois (not verified). The Cybertip indicated the IP address 2600:0387:000b:0009:0000:0000:0000:0046 (shortened version

2

2600:387:b:9::46) was used to access **Collins'** Facebook on December 1, 2020 at 22:33:06 UTC. The Cybertip further indicated the messenger thread name of **Andrew Collins** sent images depicting a child sexual exploitation image to another Facebook account via the Facebook Messenger service on December 1, 2020 at 23:01:51 UTC. The Cybertip indicated the images were uploaded via messenger by **Andrew Collins** utilizing IP address 2600:387:b:9::46. The Cybertip also indicated that the Internet Service Provider for the IP address used to upload the images was AT&T Wireless.

4. On January 13, 2021, the Southern Illinois University Edwardsville Police Department (SIUE PD), who is an affiliate of the Illinois Attorney General's Internet Crimes Against Children Task Force, received the Cybertip and initiated an investigation. The Cybertip Report indicated 18 files were uploaded. However, upon review, only two files constituted child pornography as defined by Title 18, United States Code, 2256. The two files constituting child pornography are listed below. SIUE PD Detective Kircher reviewed the photos identified by Facebook and described the relevant photos as follows:

5. Files provided within the Cybertip:

    a. File 1:
    **File name:** PXWZ3amBEyoG3Alu128451436_132644328415720_205085128178962575_n.jpg
    **MD5:** d283548c7ce87d8cd762828851520b6a
    **Description:** This image depicts a naked pubescent boy lying on a bed fondling his genitals (same image as file 2)

    b. File 2:
    **File name:** Y7c9F1ich313wbms128451436_132644328415720_205085128178962575_n.jpg
    **MD5:** d283548c7ce87d8cd762828851520b6a

3

> **Description:** This image depicts a naked pubescent boy lying on a bed foundling his genitals (same image as file 1).

6. A search of the IP address 2600:387:b:9::46 through Maxmind, an IP Geolocation resource, showed the estimated location of the IP address to be Illinois, United States. Maxmind further provided the internet service provider of the IP address to be AT&T Wireless.

7. The verified cell phone number of 1-217-556-7759 provided in the Cybertip was entered into Zetx, an investigative search engine used to determine cell phone service providers. The Zetx return information indicated the service provider for the phone number was AT&T Mobility. Detective Kircher thereafter obtained a subpoena through AT&T seeking subscriber information related to the phone number 1-217-556-7759. The AT&T subpoena return information indicated the AT&T account was an active account belonging to **Andrew Collins** at address of 80 Codemo Street, Hillsboro, Illinois.

8. Detective Kircher also served a signed search warrant to Facebook requesting the contents of the Facebook account belonging to **Andrew Collins**. Detective Kircher reviewed the Facebook search warrant return and located an additional 62 images that appeared to be child pornography in violation of Title 18, United States Code, Sections 2251, 2252 and 2252A, as defined by Title 18, United States Code, Section 2256. Records from Facebook corroborated the original NCMEC Cybertip #83280385 and confirmed that the Facebook account belonging to **Andrew Collins** uploaded numerous images of suspected child pornography on December 1, 2020 around 23:01:51 UTC from

IP 2600:387:b::46. Below is a list of images located within the Facebook search warrant return that appear to constitute child pornography:

    a. File 3:
    **File name:** unified_message_186081803192081
    **MD5:** 6322bdea039cfd567efc832580ed0ae1
    **Description:** A zoomed in image of the naked buttock of a young child in a bathtub with water. The image is zoomed in so a viewer cannot determine if the child is a boy or girl.

    b. File 4:
    **File name:** unified_message_370989830637056
    **MD5:** b177cca845c292fe24e15f1cc198727c
    **Description:** A naked pre-pubescent boy is sitting in what is believed to be a bathtub with water. The picture is zoomed in on the boy's genitalia.

    c. File 5:
    **File name:** unified_message_401580521061183
    **MD5:** 0b94126f4d213df46bb7daa7f9b3efbe
    **Description:** This image depicts the genitals of a pre-pubescent boy sitting in water. The image is zoomed in solely on the child's genitals.

    d. File 6:
    **File name:** unified_message_421187442247847
    **MD5:** a9ace610ecaa3e3cbc69b05bec5bcf4c
    **Description:** A naked pre-pubescent boy standing in a bathtub. This image is zoomed in on the child's genitalia.

    e. File 7:
    **File name:** unified_message_466982920933926
    **MD5:** c74cbeba7c7eb54fc8e1c7aaf266571a
    **Description:** This image is a zoomed in image of the naked buttock of a young child in a bathtub.

    f. File 8:
    **File name:** unified_message_688246952129713
    **MD5:** 0a6cc87918efb76e50390aba14f8c63c
    **Description:** A naked pre-pubescent boy is sitting in a bathtub with water. This image is zoomed in on the boy's genitalia.

    g. File 9:
    **File name:** unified_message_110691491 9803558

5

      **MD5:** ddd63d80fb7112ea02d3be8c531abd52
      **Description:** A naked pre-pubescent boy is laying in a bathtub with water. The image is zoomed in on the boy's genitalia.

      h. File 10:
      **File name:** unified_message_1440908279447995
      **MD5:** ebd1f68e3e69d94a0f612f1eec9dcbed
      **Description:** A naked child is kneeling in a bathtub with water. The image is zoomed in on the child's buttock.

      i. File 11:
      **File name:** unified_message_2160226380787648
      **MD5:** 29e6529ebb05f3022ebe6d240d1e7b1c
      **Description:** A naked child is in a bathtub. The child's buttock is exposed to the camera. The image is zoomed in on the child's buttock.

9. A query of Illinois Secretary of State records revealed that **Andrew B. Collins**, a male, born in August 7, 1989. **Andrew Collins** possesses a valid Illinois Driver's License with the address of 80 Codemo Street, Hillsboro, Illinois. A red 2012 Toyota (Rav 4) with Illinois license plates Z953225 is also registered to **Andrew Collins** at the same address.

10. Detective Kircher conducted surveillance at 80 Codemo Street in Hillsboro, Illinois on two separate occasions. There was no sightings of **Collins** or his vehicle during either occasion. According to open source information, the address of 80 Codemo Street in Hillsboro, Illinois belongs to Charles and Tracy Collins. Information collected during the investigation indicates that Charles and Tracy Collins are the parents of **Andrew Collins**.

11. A query of additional law enforcement informational systems provided another possible address for **Collins** at 703 S. Main Street, Apartment A, in Hillsboro,

Illinois. Detective Kircher canvassed the area and conducted surveillance at the 703 S. Main Street location. While canvassing the area near the 703 S. Main Street address in Hillsboro, Detective Kircher located the red 2012 Toyota vehicle, with Illinois registration Z953225, parked in front of the address 214 S. Main Street, Hillsboro, Illinois. Through open source information, Detective Kircher learned the owner of that address was Vogel Properties, LLC. Detective Kircher made contact with the owner of Vogel Properties, LLC, who advised the residents of 214 S. Main Street, Apartment B, are **Andrew Collins** and Kelly O'Keefe. Detective Kircher obtained lease agreement and rental application documents from Vogel Properties, LLC, noting **Collins** as the resident of 214 S. Main Street, Apartment B, in Hillsboro, Illinois. While conducting surveillance at that location on May 7, 2021, Detective Kircher observed **Collins** emerge from the exterior door leading to the apartment. Detective Kircher also observed another subject, believed to be Kelly O'Keefe, **Collins'** boyfriend, emerge from the exterior door leading to Apartment B. Both **Collins** and O'Keefe were observed entering the red 2012 Toyota vehicle that is registered to **Collins**. **Collins** was seen driving the vehicle away from the apartment. Information on the rental application documents completed by Collins indicate he is employed by Reynolds Consumer Products in Jacksonville, Illinois.

12. Upon further examination of the photographs provided within the Facebook search warrant return, there are several images that indicate **Collins** was possibly involved in the production of some of the images that constitute child pornography. Within one of the images with a young boy in the bathtub, there is a small circular mirror sitting on a shelf in a bathtub that is reflecting an image of a cell phone, the cell phone

7

believed to be taking the child pornography photo. The phone's camera is centered on the upper half of the phone and the phone case is two toned in color around the camera. A phone and phone case bearing a very strong resemblance to the phone and phone case seen in the small circular mirror can be seen in another "selfie" image **Collins** took of himself in a bathroom. A "selfie" is an image that an individual takes of themselves, oftentimes utilizing a mirror. Within **Collins'** "selfie" image, the small circular mirror can be seen in the bathtub. Additionally, the floor tile and a white bathroom floor rug seen in **Collins'** "selfie" bear a very strong resemblance to the floor tile and a white bathroom floor rug that can be seen in an image appearing to be child pornography. Based upon these pictures, it is believed **Collins** is responsible for taking the photos appearing to be child pornography with his cell phone. It is unclear if **Collins** took the photos in his residence or a different residence.

13.   Using a picture of a young boy in some of the images appearing to be child pornography, Detective Kircher was able to locate that same young boy in a Facebook profile picture belonging to Alaina Hood. Within the Facebook tab on **Collins'** Facebook page, Hood is listed as **Collins'** Facebook friend. It appears that Hood is the mother of the young boy seen in the images that appear to be child pornography. Hood has an image on her Facebook page of a tattoo on her body that she describes as a "foot tat with kids names and D.O.B." Hood has three children, one male child and twin female children. The name of the male child on the tattoo appears to be "Zypher" and his date of birth appears to be "08-22-2012."

14. On Thursday, May 13, 2021, a search warrant of **Collins'** apartment was executed. Numerous items of evidence, including multiple cellular devices, two laptops, three tablets, two external hard drive memory devices, and two thumb drive memory devices.

15. Detective Kircher conducted an interview on Thursday, May 13, 2021. After being read his Miranda rights, **Collins** admitted to taking the photographs of a young boy named "Zypher" in his apartment bathtub approximately July 2020 while he was babysitting the boy. **Collins** was shown a picture of "Zypher," a picture that was located within the Facebook search warrant return amongst the photos believed to be child pornography. **Collins** confirmed the boy in the image was "Zypher." **Collins** admitted he used an old Samsung Galaxy phone to take the photographs. **Collins** admitted he saved the images to an external hard drive prior to getting rid of the phone. The external hard drive that **Collins** saved the photographs of "Zypher" on was located during the search warrant. **Collins** admitted he sent the photographs through the Facebook Messenger Service from his own account to his own account. **Collins** stated he never sent the images to any other individuals. **Collins** admitted that he previously searched for and located other pornographic images of young boys on the internet. **Collins** stated those photographs will be on the same external hard drive where he saved the photographs of "Zypher."

**FURTHER AFFIANT SAYETH NAUGHT.**

                                                              s/ Christopher W. Williams

                                                              Christopher Williams
                                                              Senior Special Agent
                                                              United States Secret Service

Sworn to and subscribed to me on the ____ day of May, 2021

   s/ Tom Schanzle-Haskins

TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE