IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21-CR-30044 |
| ) | VIO: Title 18, United States Code, |
| Plaintiff, ) | § 2252A(a)(5)(B) and (b)(2). |
| v. ) | |
| ) | |
| ANDREW COLLINS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of Child Pornography)

On or about December 1, 2020, in Hillsboro, in the Central District of Illinois, the Defendant,

**ANDREW COLLINS,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), which had been mailed; shipped or transported using a means or facility of interstate or foreign commerce; shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

All in violation of Title 18, United States Code Section 2252A(a)(5)(B) and (b)(2).

## CRIMINAL FORFEITURE NOTICE

The United States hereby gives notice to the defendant charged in the Indictment, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2252A of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, used or intended to be used to commit or to promote the commission of the offense of conviction, including , but not limited to the following property:

1. One red i-phone, no serial number;
2. One purple i-phone, no serial number;
3. One Dell Optiplex, 21OL CPU, serial number 4MK54B1
4. One Samsung phone, serial number 357855109051868;
5. One X-Box 360 hard drive, no serial number;
6. One X-Box Seagate 4TB, serial number 5CO84658KQ;
7. One HP Stream Laptop, serial number AZOFBR55;
8. One ZTE phone with cracked screen, no serial number;
9. One red LG phone, no serial number;
10. One blue LG-no battery, serial number 904KPLC470376
11. One Kyacare cell phone, no serial number;
12. One Motorola cell phone, no serial number;
13. One HP Laptop and recharger, serial number CNU04817GC;

14. One black thumb drive; no serial number;

15. One Lexa thumb drive, no serial number;

16. One Lenovo Tablet, serial number HKL4UFY3(10);

17. One Amazon Kindle, Model K47260;

18. One Mi Traveler tablet, no serial number;

19. One Dragon Touch Tablet X8a, identification number S5V-Dd8C8D;

20. One Kodak film camera, no serial number; and

21. One KESU 160 5GB External Hard Drive, no serial number.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Gregory M. Gilmore

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY