E-FILED
Tuesday, 05 October, 2021 03:58:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW B. COLLINS, )<br>)<br>Defendant. ) | Case No. 21-30044<br><br>VIO: Title 18, United States Code,<br>§ 2252A(a)(5)(B) and (b)(2) and<br>Title 18, United States Code,<br>§ 2422(b). |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (Possession of Child Pornography)

On or about December 1, 2020, in Hillsboro, in the Central District of Illinois, the Defendant,

### ANDREW COLLINS,

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), which had been mailed; shipped or transported using a means or facility of interstate or foreign commerce; shipped or transported in or

affecting interstate or foreign commerce by any means, including by computer;

All in violation of Title 18, United States Code Section 2252A(a)(5)(B) and (b)(2).

## COUNT 2
### (Enticement of a Minor)

On or between June 23, 2018 and August 26, 2018, in Hillsboro, in the Central District of Illinois, the Defendant,

**ANDREW COLLINS,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charge with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois State statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE NOTICE

The United States hereby gives notice to the defendant charged in the Superseding Indictment, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2252A of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, used or intended to be used to commit or to promote the commission of the offense of conviction, including , but not limited to the following property:

1. One red Apple iPhone, serial number G6TDN57D0DXY;
2. One purple Apple iPhone 11, serial number DX3DG65GN72W;
3. One Samsung phone, IMEI: 357855109051868;
4. One X-Box 360 hard drive, serial number X54830-001;
5. One Seagate Game Drive for X-Box, serial number NZ0FBR55;
6. One HP Stream Laptop, serial number 5CD84658KQ;
7. One ZTE phone with cracked screen, no serial number;
8. One red LG slide phone, serial number 310CYRN736990;

9. One blue LG phone, serial number 904KPDT471658;

10. One blue LG phone, serial number 904KPQJ470356;

11. One blue LG phone, no serial number;

12. One Kyocera cell phone, no serial number;

13. One Motorola cell phone, serial number N90USS29BV;

14. One HP 625 Laptop and charger, serial number CNU0417GC;

15. One black thumb drive; no serial number;

16. One Lexar thumb drive, no serial number;

17. One Lenovo Tablet, serial number HKL4UFY3(10);

18. One Amazon Kindle, Model K47260;

19. One MiTraveler tablet, no serial number;

20. One Dragon Touch Tablet X80;

21. One PNY 4GB SD Card;

22. One Jazz DV140 Video Recorder;

23. One Sandisk Cruzer Glide 4GB thumb drive;

24. One Sandisk Cruzer Glide 16GB thumb drive;

25. One Sandisk Cruzer 8GB thumb drive;

26. One Kodak film camera, no serial number; and

27. One KESU 160GB External Hard Drive, no serial number.

A TRUE BILL,

s/foreperson
_____
FOREPERSON

s/Gregory M. Gilmore
_____
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY