UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 21-CR-30044 |
| ANDREW COLLINS, | ) ) ) | |
| Defendant. | ) | |

**JOINT POSITION STATEMENT
REGARDING SENTENCING HEARING BY VIDEOCONFERENCING**

NOW COMES the Defendant, ANDREW COLLINS, by and through his attorney, Robert J. Scherschligt, Assistant Federal Public Defender, and pursuant to Fed. R. Crim. P. 43(c)(1)(B), the CARES Act § 15002(b)(2)(A), and this Court's General Order 21-02, hereby files this position statement in support of holding the sentencing hearing by videoconferencing, and in support thereof, respectfully states as follows:

1.   This cause is scheduled for a sentencing hearing on Monday, February 14, 2022, 1:30 p.m.

2.   The Defendant is in the custody of the Macon County Jail located in Decatur, Illinois.

3. The General Order authorizes remote hearings due to the ongoing COVID-19 global pandemic.

4. Defendant files this position statement to inform the Court that he consents to a sentencing hearing by videoconferencing. Doing so promotes judicial efficiency and will ensure that Mr. Collins has a sentencing hearing "without unnecessary delay." Fed. R. Crim. P. 32.1(b)(1) (emphasis added).

5. Judicial efficiency is an important public interest. *Stutson v. United States*, 516 U.S. 193, 196, (1996). Undermining it by adding to the avalanche of in person hearings will cause serious harm to the interests of justice. There is no reason to undermine it in that fashion, when the defendant voluntarily waives an in-person hearing.

6. Defense counsel has consulted with Defendant about conducting his sentencing hearing by videoconferencing, and he consents to same.

7. The government by AUSA Sierra Senor-Moore adopts and joins in this position statement.

WHEREFORE, the Defendant, ANDREW COLLINS, respectfully requests that the Court conduct his sentencing hearing by videoconferencing.

                        Respectfully submitted,

February 7, 2022          ANDREW COLLINS, Defendant,

                    By:    */s/ Robert J. Scherschligt*
                           Robert J. Scherschligt (IL Reg. No. 6216807)
                           Assistant Federal Public Defender
                           Office of the Federal Public Defender
                           600 E. Adams, 3rd Floor
                           Springfield, Illinois 62701
                           Telephone: (217) 492-5070
                           Fax: (217) 492-5077
                           E-mail: robert_scherschligt@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Robert J. Scherschligt*
Robert J. Scherschligt (IL Reg. No. 6216807)
Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone: 217-492-5070
Facsimile: 217-492-5077

E-mail: Robert_scherschligt@fd.org